# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

NOV - 9 2011

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ESCOBAR (1) ,<br><br>Defendant. | CASE NO. 11CR4298-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___X___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

___X___ of the offense(s) as charged in the Information:

_____ 21 USC 952 and 960, 18 USC 2 _____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:    November 9, 2011

_____

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE